UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MAURKICE FOYE<br>    Plaintiff,<br><br>v.<br><br>MATTHEW LASSITER, Det., DEPUTY ANDREWS, DEPUTY VAZQUEZ, and FIRST SERGEANT LEWIS<br>    Defendants. | **JUDGMENT**<br>No. 7:24-CV-709-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 3, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED for failure to state a claim under Rule 12(b)(6). Plaintiff's motions DE 14 , 17 , 18 , 19 , 20 , 21 are DENIED.

**This judgment Filed and Entered on January 3, 2025, and Copies To:**
Maurkice Foye (via US mail) 117 Ridge Drive, Lot 9, St. Paul, NC 28384

January 3, 2025                    PETER A. MOORE, JR., CLERK

                                     /s/Sandra K. Collins
                                    (By)Sandra K. Collins, Deputy Clerk